No. 3,286.—M. M. KLEIN, APPELLANT, *v.* OLAF JENSVOLD, RESPONDENT.

*Appeal from District Court, Musselshell County.*

Decided April 7, 1913.

PER CURIAM.—Respondent's motion to dismiss the appeal herein, heretofore submitted, is, after due consideration by the court, granted and the appeal is accordingly dismissed.

*Messrs. Hathhorn & Brown,* for Appellant.

*Mr. W. M. Johnston,* and *Mr. H. J. Coleman,* for Respondent.

———

No. 3,298.—JOHN ZIMMERMAN, RESPONDENT, *v.* HELENA LIGHT & RAILWAY CO. ET AL., APPELLANTS.

*Appeal from District Court, Lewis & Clark County; J. M. Clements, Judge.*

Decided April 7, 1913.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with motion of counsel for appellants.

*Messrs. Wm. Wallace, Jr., John G. Brown,* and *T. B. Weir,* for Appellants.

*Mr. E. A. Carleton,* for Respondent.